```
                                            FILED
                                      U.S. DISTRICT COURT
                                          AUGUSTA DIV.
```

IN THE UNITED STATES DISTRICT COURT

2006 APR 25 AM 9:08

FOR THE SOUTHERN DISTRICT OF GEORGIA

CLERK_____

DUBLIN DIVISION

SO. DIST. OF GA.

| | |
|---|---|
| D'ANTONIUS M. OWENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 305-114 |
| | ) |
| WANDA KING, | ) |
| | ) |
| Defendant. | ) |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, an inmate confined at Scott State Prison in Hardwick, Georgia, filed this action pro se under Title 42, United States Code, Section 1983. Defendant filed a summary judgment motion on April 5, 2006. Doc. 11. Plaintiff then filed a motion to dismiss his complaint on April 10, 2006. Doc. 14.

According to plaintiff's motion to dismiss, plaintiff "has know [sic] desire to continue with the prosecution of the case and ask[s] that the judge handling the case order a dismissal of the complaint." Doc. 14. Because of plaintiff's stated lack of interest in continuing with his case, the Court recommends that his motion to dismiss, Doc. 14, be **GRANTED** and that his civil complaint be **DISMISSED** with prejudice. Defendant's summary judgment motion, Doc. 11, should be **DENIED** as **MOOT**.

SO REPORTED AND RECOMMENDED this 25th day of April, 2006, at Augusta, Georgia.

```
_____
W. LEON BARFIELD
UNITED STATES MAGISTRATE JUDGE
```