ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 MAY 22  PM 3: 33

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| D'ANTONIUS M. OWENS, | ) |
| Plaintiff, | ) |
| v. | ) CV 305-114 |
| WANDA KING, | ) |
| Defendant. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Plaintiff's motion to dismiss is **GRANTED**. Defendant's summary judgment motion is **DENIED as MOOT**. This case is **DISMISSED** with prejudice.

SO ORDERED this 22nd day of May, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE